On Rehearing Ex Mero Motu
The petition for the writ of certiorari is denied. Our denial of the writ should not be construed as approval of the Court of Criminal Appeals' articulation of the cumulative-error rule in Part XVII of the opinion of that court. Centobie v. State, [Ms. CR-98-2056, August 31, 2001] 861 So.2d 1111, 1143-44 (Ala.Crim.App. 2001). See Ex parte Bryant, [Ms. 1990901, June 21, 2002] ___ So.2d ___, ___ (Ala. 2002), and Ex parteWoods, 789 So.2d 941, 942 n. 1 (Ala. 2001).
ON REHEARING EX MERO MOTU; WRIT DENIED.
MOORE, C.J., and HOUSTON, SEE, LYONS, JOHNSTONE, HARWOOD, WOODALL, and STUART, JJ., concur.